UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR                MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS                     ORDER
LIABILITY LITIGATION

This Document Relates to:
Case No. 17-cv-4314 (*Leroy Sherrod v. 3M Company and Arizant Healthcare, Inc.*)

     In a Report and Recommendation dated July 10, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that this action be dismissed without prejudice for failure to prosecute.  No objection has been filed.  Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 45].  Therefore, IT IS ORDERED THAT:

    1.    Case No. 17-cv-4314 is DISMISSED WITHOUT PREJUDICE.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 12, 2026

                        s/Joan N. Ericksen
                        JOAN N. ERICKSEN
                        United States District Judge